**IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 7:06-CR-00017-HL** |
| | : | |
| **v.** | : | |
| | : | |
| **CHRISTOPHER TOBBIE** | : | |
| _____ | : | |

## O R D E R

Upon the motion of the Government and for the reasons set forth in the Government's Motion to Continue, IT IS HEREBY ORDERED that the case be continued to the March term of court. In support of this order the court specifically finds that:

(1)

Defendant was indicted on September 28, 2006 and charged with possession with intent to distribute crack cocaine. He had his initial appearance on August 21, 2007 and his arraignment on September 5 , 2007.

(2)

The last term of Court for the Valdosta Division was in August, 2007, which was prior to the time the Defendant was arraigned. The next Term of Court for Valdosta is presently scheduled to begin in March, 2008. Pre-trials are scheduled for March 05, 2008 and the trial term is set to begin on March 10, 2008.

WHEREFORE the Court finds that the ends of justice is served by continuing the case to the next available Term of Court which is scheduled to begin in March, 2008 in the Valdosta Division.

IT IS HEREBY ORDERED that the case against **CHRISTOPHER TOBBIE** be continued to the next Term of Court scheduled to begin March, 2008.  IT IS FURTHER ORDERED that any delay occasioned by the order be deemed excludable delay pursuant to Title 18, United States Code, Section 3161(h) of the Speedy Trial Act.

SO ORDERED, this 28th day of January, 2008.

*S/  Hugh Lawson*
HONORABLE HUGH LAWSON
UNITED STATES DISTRICT JUDGE

Presented by:


/S/Michael K. Dennard
Georgia Bar Number 217757
United States Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, Georgia  31202-1702
Telephone:  (478) 752-3511
Fax:  (478) 621-2655