# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| v. | Case No. 7:06-CR-17 (HL) |
| **CHRISTOPHER TOBBIE,** | |
| Petitioner. | |

### ORDER

Before the Court is Petitioner Christopher Tobbie's Motion for Reconsideration and for Reconsideration of the Denial of a Certificate of Appealability (Doc. 103).

It is not necessary to address the merits of Petitioner's motion because he is not permitted to file any motions *pro se* while he is represented by counsel. "A district court has no obligation to entertain pro se motions filed by a represented party." Abdullah v. United States, 240 F.3d 683, 686 (8th Cir. 2001). The Court declines to consider, and consequently denies, Petitioner's motion. Petitioner should raise any concerns with his counsel, rather than filing motions with the Court.

**SO ORDERED**, this the ___ day of August, 2013.

_____
HUGH LAWSON, SENIOR JUDGE

scr