**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>  v.<br><br>**CHRISTOPHER TOBBIE,**<br><br>    Petitioner. | Case No. 7:06-CR-17 (HL) |

**ORDER**

Before the Court is Petitioner Christopher Tobbie's Motion for Reconsideration and for Reconsideration of the Denial of a Certificate of Appealability (Doc. 103).

It is not necessary to address the merits of Petitioner's motion because he is not permitted to file any motions *pro se* while he is represented by counsel. "A district court has no obligation to entertain pro se motions filed by a represented party." Abdullah v. United States, 240 F.3d 683, 686 (8th Cir. 2001). The Court declines to consider, and consequently denies, Petitioner's motion. Petitioner should raise any concerns with his counsel, rather than filing motions with the Court.

**SO ORDERED**, this the 29th day of August, 2013.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

scr